UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Timothy Keith Johnson                 : Chapter 13
        Debtor
                                                          : Bky. No. 12-11401-mdc

**CERTIFICATION OF NO OBJECTION**

The undersigned counsel for the debtor hereby certifies that more than 20 days have elapsed from the date of the Application for Attorney Compensation Lawrence S Rubin, Esquire and that no creditor or any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing..

    **s/ Lawrence S. Rubin, Esquire**
    Lawrence S. Rubin, Esquire
    Attorney for the debtors
    337 W State Street
    Media, PA 19063-2615
    (610) 565-6660
    Fax: (610) 565-6660